**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
ASAF AGAZANOF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAF AGAZANOF Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FANTECH SOFTWARE, INC d/b/a/ FANPICKS,<br><br>Defendant(s). | Case No.: 2:17-cv-01462-CBM-MRW<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Plaintiff, ASAF AGAZANOF ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his individual claims *without* prejudice and the putative class claims *without* prejudice.

///

///

///

- 1 -

VOLUNTARY DISMISSAL

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | RESPECTFULLY SUBMITTED, |
| 4 | Dated: April 25, 2017 | **MARTIN & BONTRAGER, APC** |
| 5 | | |
| 6 | | By: /s/ G. Thomas Martin, III |
| 7 | | G. Thomas Martin, III |
| 8 | | *Attorney for Plaintiff* |